UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO NUNN,

      Plaintiff,                         No. 17-10818

v.                                     District Judge nancy G. Edmunds
                                       Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,
ET AL.,

      Defendants.
_____/

**ORDER**

On January 11, 2019, I ordered the United States Marshal to serve copies of Plaintiff's complaint and summonses to Defendants Henderson, Husian, and Farris by certified mail, return receipt requested [Doc. #25]. However, because of the government shut-down at the time, U.S. Marshal's personnel responsible for service in IFP cases were furloughed. I therefore stayed the order "until relevant funding is restored and the appropriate Marshal's personnel are returned to active status." That has now happened.

Accordingly, the stay of my order for service is VACATED, and the U.S. Marshal will attempt service on the Defendants as set forth in my January 11, 2019 order [Doc. #25].

Pursuant to Fed.R.Civ.P. 4(m), the time for service of process is extended 60 days from the date of this Order.

IT IS SO ORDERED.

                                               s/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated: April 18, 2019

---

## CERTIFICATE OF SERVICE

I hereby certify on April 18, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on April 18, 2019.

                                               s/Carolyn M. Ciesla
                                               Case Manager for the
                                               Honorable R. Steven Whalen