UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO NUNN,

       Plaintiff,                               No. 17-10818

v.                                           Honorable Nancy G. Edmunds

MICHAEL HENDERSON,
HUSAIN, and
FARRIS,

       Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 28, 2019 REPORT AND RECOMMENDATION [28]**

Currently before the Court is the magistrate judge's October 28, 2019 report and recommendation. (Dkt. 28.) The magistrate judge recommends dismissing the remaining defendants in this case, Defendants Michael Henderson, Husain, and Farris, due to Plaintiff's failure to effectuate timely service and his failure to provide the Court with valid addresses for these defendants. The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

Accordingly, it is ordered that the remaining claims against Defendants Henderson, Husain, and Farris are DISMISSED WITHOUT PREJUDICE, and Henderson, Husain, and Farris are DISMISSED from this action. This order closes this case in its entirety.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: November 20, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 20, 2019, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager